LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
Email:  glafayette@lkclaw.com
REBECCA K. KIMURA (SBN 220420)
Email:  rkimura@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email:  bchun@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
ODWALLA, INC. and THE COCA-COLA COMPANY

PRATT & ASSOCIATES
BEN F. PIERCE GORE (SBN 128515)
Email:  pgore@prattattorneys.com
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone: (408) 429-6506
Facsimile: (408) 369-0752

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBIN REESE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ODWALLA, INC. and THE COCA-COLA COMPANY,<br><br>Defendants. | Case No.  C13-0947 JCS<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSE TO COMPLAINT** |
|---|---|

      Plaintiff Robin Reese ("Plaintiff") and Defendants Odwalla, Inc. and The Coca-Cola Company ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

      WHEREAS, Defendants' response to Plaintiff's Complaint is due on April 2, 2013;

      WHEREAS, the Parties have agreed to extend the time for Defendants to respond to Plaintiff's Complaint by 30 days;

1

1   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through
2   their respective attorneys of record that Defendants may file a response to the Complaint by May
3   2, 2013.

4

5   DATED: March 25, 2013                    LAFAYETTE & KUMAGAI LLP

6                                             /s/ Gary T. Lafayette
                                             GARY T. LAFAYETTE
7                                            Attorneys for Defendants
                                             ODWALLA, INC. and THE COCA-COLA
8                                            COMPANY

9

10  DATED: March 25, 2013                    PRATT & ASSOCIATES

11
                                              /s/ Ben F. Pierce Gore
12                                           BEN F. PIERCE GORE
                                             Attorneys for Plaintiff
13                                           ROBIN REESE

14

15  Dated: 3/27/13

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

20                          **SIGNATURE ATTESTATION**

21      I hereby attest that I have obtained the concurrence of Ben F. Pierce Gore, counsel for
22  Plaintiff, for the filing of this stipulation.

23
                                              /s/ Gary T. Lafayette
24                                           GARY T. LAFAYETTE

25

26

27

28

                                                                                                2

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on March 25, 2013 on counsel of record in compliance with Federal Rule 5, Local Rule 5-6 and General Order 45, by use of the Court's ECF system.

                              */s/ Gary T. Lafayette*
                              GARY T. LAFAYETTE

Stipulation re Resp to Complaint.doc

STIPULATION EXTENDING TIME TO FILE RESPONSE TO COMPLAINT (Case No. C13-0947 JCS)