UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN REESE, individually and on behalf of all others similarly situated,**<br><br>  Plaintiff,<br><br>  v.<br><br>**ODWALLA, INC. AND THE COCA-COLA CO.,**<br><br>  Defendants. | Case No.: 13-CV-947 YGR<br><br>**ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING ON EFFECT OF FDA REOPENING OF COMMENT PERIOD ON PENDING MOTION TO DISMISS** |

On March 4, 2014, Defendant Odwalla, Inc. filed a letter notifying the Court of a recent development in official guidance of the U.S. Food and Drug Administration ("FDA") concerning the use of the term "evaporated cane juice." The letter attached a copy of the FDA's public announcement.

On March 6, 2014, Plaintiff filed a response to that letter and requested leave to submit a letter brief addressing the implications of the notice for Plaintiff's complaint here.

The parties are directed to file supplemental briefs of no more than **six (6)** pages addressing the effect of the FDA action on Plaintiff's claims and the pending motion to dismiss no later than **March 14, 2014**. No rebuttal briefing will be permitted without further order of the Court.

**IT IS SO ORDERED**.

Date: March 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**