UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN REESE, individually and on behalf of all others similarly situated,**<br><br>       **Plaintiff,**<br><br>    v.<br><br>**ODWALLA, INC. AND THE COCA-COLA CO.,**<br><br>       **Defendants.** | Case No.: 13-CV-947 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

On March 25, 2014, the Court set this matter for a compliance/status hearing on August 1, 2014, regarding the U.S. Food and Drug Administration ("FDA") action concerning the use of the term "evaporated cane juice." The parties have filed their joint statement setting forth their positions and the Court has considered that statement.

The Court **CONTINUES** the August 1, 2014 compliance hearing to **Friday, November 7, 2014**, at 9:01 a.m. The parties shall file a joint statement of no more than five pages updating the Court on the status of the FDA's action no less than five days in advance of the continued compliance hearing. Should the parties file their joint statement timely, the Court may vacate the hearing without the necessity of an appearance.

**IT IS SO ORDERED**.

Date: July 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**