**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBIN REESE, individually and on behalf of all others similarly situated,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**ODWALLA, INC. AND THE COCA-COLA CO.,**<br><br>      **Defendants.** | Case No.: 13-CV-947 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The Court set this matter for a status report on the U.S. Food and Drug Administration ("FDA") action concerning the term "evaporated cane juice," or "ECJ," and its effect on the stay in this action. The parties have filed their joint statement setting forth their positions (Dkt. No. 65) and the Court has considered that statement.

Under the circumstances, the Court **CONTINUES** the status/compliance hearing currently set for November 7, 2014, to **Friday, May 8, 2015**, at 9:01 a.m. Five business days in advance of the continued compliance hearing, the parties shall file a joint statement of no more than 10 pages updating the Court on the status of the FDA's action. At that time, the Court may consider lifting the stay of the instant action depending upon the progress of the FDA's action on the ECJ issue. The parties' statement should set forth their positions on maintenance of the stay.

Should the parties file their joint statement timely, the Court may vacate the hearing without the necessity of an appearance.

**IT IS SO ORDERED**.

Date: November 4, 2014

                                                      **YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT COURT JUDGE**