**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBIN REESE, individually and on behalf of all others similarly situated,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**ODWALLA, INC. AND THE COCA-COLA CO.,**<br><br>   **Defendants.** | **Case No.: 13-CV-947 YGR**<br><br>**TENTATIVE RULING IN ADVANCE OF JUNE 16, 2015 HEARING** |

The Court has reviewed the parties' supplemental briefing on the issues of whether the stay should be lifted and any arguments pertinent to Defendants' preemption argument in its motion to dismiss. The Court issues the following tentative ruling as a courtesy to the parties so that they may focus their oral arguments accordingly:

The Court is inclined to lift the stay, consider argument on the remaining issues in Defendants' motion to dismiss (Dkt. No. 28), and issue a ruling on those remaining issues without requiring that the motion to dismiss be re-noticed or re-filed. The parties should be prepared to address the procedural and substantive issues with this approach, as well as any case management issues.

**IT IS SO ORDERED**.

Date: June 11, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**