UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN REESE, individually and on behalf of all others similarly situated,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ODWALLA, INC. AND THE COCA-COLA CO.,**<br><br>    **Defendants.** | Case No.: 13-CV-947 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The Court set this matter for a further compliance hearing and status report regarding any U.S. Food and Drug Administration ("FDA") action on the term "evaporated cane juice," or "ECJ," and its effect on the stay in this action. The parties have filed their joint statement setting forth their positions (Dkt. No. 75) and the Court has considered that statement.

Based upon the current status of the FDA's ECJ guidance, the Court **CONTINUES** the status/compliance hearing currently set for October 30, 2015, to **Friday, April 15, 2016**, at 9:01 a.m. Five business days in advance of the continued compliance hearing, the parties shall file a joint statement of no more than 10 pages updating the Court on the status of the FDA's action.

Should the parties file their joint statement timely, the Court may vacate the hearing without the necessity of an appearance.

**IT IS SO ORDERED**.

Date: October 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**