UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN REESE, individually and on behalf of all others similarly situated,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ODWALLA, INC. AND THE COCA-COLA CO.,**<br><br>    **Defendants.** | **Case No.: 13-CV-947 YGR**<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The Court set this matter for a further compliance hearing and status report regarding any U.S. Food and Drug Administration ("FDA") action on the term "evaporated cane juice," or "ECJ," and its effect on the stay in this action. The parties have filed their joint statement setting forth their positions (Dkt. No. 78) and the Court has considered that statement.

Based upon the agreement of the parties and the information in the joint statement, the Court **CONTINUES** the status/compliance hearing currently set for April 15, 2016, to Friday, **September 16, 2016,** at 9:01 a.m. Five business days in advance of the continued compliance hearing, the parties shall file a joint statement of no more than 10 pages updating the Court on the status of the FDA's action.

Should the parties file their joint statement timely, the Court may vacate the hearing without the necessity of an appearance.

**IT IS SO ORDERED**.

Date: April 13, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**