| | |
|---|---|
| FLEISCHMAN LAW FIRM PLLC | LAFAYETTE & KUMAGAI LLP |
| KEITH M. FLEISCHMAN (admitted *pro hac vice*) | GARY T. LAFAYETTE (SBN 088666) |
| | Email: glafayette@lkclaw.com |
| JOSHUA D. GLATTER (admitted *pro hac vice*) | 1300 Clay Street, # 810 |
| 565 Fifth Avenue, Seventh Floor | Oakland, California 94612 |
| New York, New York 10017 | Telephone: (415) 357-4600 |
| Telephone: (212) 880-9571 | Facsimile: (415) 357-4605 |
| Fax: (917) 591-5245 | |
| keith@fleischmanlawfirm.com | PATTERSON BELKNAP WEBB & TYLER LLP |
| jglatter@fleischmanlawfirm.com | STEVEN A. ZALESIN (admitted *pro hac vice*) |
| PRATT & ASSOCIATES | Email: sazalesin@pbwt.com |
| BEN F. PIERCE GORE (SBN 128515) | TRAVIS J. TU (admitted *pro hac vice*) |
| 1871 The Alameda, Suite 425 | Email: tjtu@pbwt.com |
| San Jose, CA 95126 | 1133 Avenue of the Americas |
| Telephone: (408) 429-6506 | New York, New York 10036-6710 |
| Fax: (408) 369-0752 | Telephone: (212) 336-2000 |
| pgore@prattattorneys.com | Facsimile: (212) 336-2222 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| ROBIN REESE | ODWALLA, INC. and THE COCA-COLA COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBIN REESE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ODWALLA, INC. and THE COCA-COLA COMPANY,<br><br>Defendants. | Case No. 4:13-cv-00947 (YGR)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Action Filed: March 1, 2013 |

Plaintiff Robin Reese ("Plaintiff") and Defendants Odwalla, Inc. and The Coca-Cola Company ("Defendants"), by and through their respective undersigned attorneys, HEREBY STIPULATE AND AGREE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims in this action against Defendants with prejudice.

**IT IS SO STIPULATED.**

DATED: May 18, 2017   FLEISCHMAN LAW FIRM PLLC

By: */s/ Pierce Gore*
    Ben F. Pierce Gore (SBN 128515)
    PRATT & ASSOCIATES
    1871 The Alameda, Suite 425
    San Jose, CA  95126
    Telephone: (408) 429-6506
    Fax: (408) 369-0752
    pgore@prattattorneys.com

*Attorneys for Plaintiff*

DATED:  May 18, 2017   PATTERSON BELKNAP WEBB & TYLER LLP

By: */s/ Steven A. Zalesin*
    Steven A. Zalesin (admitted *pro hac vice*)
    Travis J. Tu (admitted *pro hac vice*)
    1133 Avenue of the Americas
    New York, New York 10036
    Phone: (212) 336-2000
    Fax: (212) 336-2222

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
5/19/2017
IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 4:13-CV-00947(YGR)